# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOHN KRAMER,<br><br>      Plaintiff,<br>v.<br><br>MANGO LABS, LLC, DAFYDD DURAIRAJ, and TYLER SHIPE,<br><br>      Defendants. | CIVIL ACTION NO.: 3:24-cv-01587-GMM<br><br>**DECLARATION OF TYLER SHIPE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Tyler Shipe, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America as follows:

1. I am one of the first contributors to Mango Markets and a member of the Mango DAO Upgrade Council, and I make this declaration in support of Dafydd Durairaj's ("Durairaj"), Mango Labs, LLC's ("Mango Labs"), and my Opposition to Plaintiff's Motion for Preliminary Injunction. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration and if asked to testify as to these facts, I would be competent to do so.

2. Durairaj and I have had significant roles in the Mango DAO since its founding and accomplished critically important matters for the DAO, including helping the DAO recover $67,000,000 in stolen funds and resolving multiple civil and regulatory legal matters in the DAO's best interests. Since the beginning, Durairaj and I have maintained significant voting power in the Mango DAO.

3. In October 2022, Eisenberg illegally exploited Mango Markets. Through Durairaj's and my leadership, the DAO recovered $67,000,000 of the misappropriated digital

assets and used the DAO's treasury to supplement such that all Mango Markets depositors were made whole within weeks of the attack.

4. Those depositor victims and the DAO voted to assign their claims against Eisenberg to Mango Labs, and Mango Labs sued Eisenberg on behalf of his victims in the Southern District of New York. In December 2022, the United States Attorney's Office for the Southern District of New York filed a criminal complaint against Eisenberg based on his actions against Mango Markets. Durairaj, through his role as the owner of Mango Labs, and I, both as witnesses and victims, were heavily involved in the action against Eisenberg and sought to manage the fallout from Eisenberg's crime.

5. Eisenberg's attack on Mango Markets spawned charges against him by the United States Securities and Exchange Commission ("SEC"), as well as by the Commodity Futures Trading Commission ("CFTC"). Eisenberg's attack on Mango Markets also led to an SEC investigation of Mango Markets itself, including the Mango DAO.

6. Mango Labs, Durairaj, and I shouldered the primary burden of handling the SEC investigation for the DAO's benefit. The DAO funded Mango Labs to lead the charge on its legal matters. When Kramer and Schneider threatened to block funding for Mango Labs because that would make it easier to get away with their fraud to cripple the DAO, Mango Labs continued its work despite uncertainty about funding. Durairaj and I also both participated in proffers to the DOJ, SEC, and CFTC, saving Schneider and other DAO members the need to do so. After diligent work, Mango Labs negotiated a favorable settlement with the SEC on behalf of a joint defense group that included the Mango DAO—which benefited Kramer as well. Mango Labs also negotiated a favorable settlement with the CFTC that the DAO approved, which is currently

pending. Kramer has not had any involvement or assisted with the DAO's legal claims on behalf of Eisenberg's victims or related to the regulatory investigations.

7. At no point during any of the work Durairaj and I did to help the DAO deal with its legal issues did I take any salary or payment of any kind for my efforts to help the DAO handle multiple legal matters.

8. I was an original member of the Upgrade Council and continue to act as a member.

9. On December 6, 2024, the Mango DAO's Council took action to stop Kramer from using the fraudulently acquired MNGO tokens from FTX to pilfer the Mango DAO treasury. Specifically, Kramer sought to force more buybacks of MNGO tokens at inflated prices, and also intended to directly liquidate the Mango DAO treasury for his own purposes. He also was in the process of forcing votes that would disable the Council's ability to protect the DAO. The Council and its members, including Durairaj and I, all independently understood that Kramer's actions would be fatal to the DAO and its members. Durairaj and I did not resign from the Council and exercised our properly given authority and access to the Council smart contract to stop Kramer's attack by freezing Kramer's improperly obtained tokens to prevent harm to the DAO. The software that permits the Upgrade Council to function does not, and never has, required anything other than a simple majority of votes. There is no requirement that the Upgrade Council have seven members to function.

Executed on this 15th day of January, 2025, in Charlotte, North Carolina.

ACTIVE 706232018v3

Respectfully submitted,

_____
Tyler Shipe

4