IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOHN KRAMER,**<br>    Plaintiffs,<br><br>v.<br><br>**MANGO LABS, LLC ET AL.,**<br>    Defendants | CIVIL NO. 24-1587-GMM-MDM |

### MINUTE

On December 4, 2025, at 9:30AM, the Court held a Status Conference in the virtual chambers of U.S. Magistrate Judge Marshal D. Morgan. During the conference, the parties were represented by their respective counsel, Jill Williamson, and William J. Hughes for plaintiff, and Michael Burshteyn, Carlos Andreu-Collazo and Rafael Yakobi for defendants.

The Court convened the conference primarily because the briefing schedule was fast approaching and the undersigned wished to explore whether briefing could be avoided if meaningful progress was being made toward settlement. The Court noted that the briefing schedule had been significantly delayed due to the extended time it took for the parties to receive the hearing transcripts.

Mr. Burshteyn informed the Court that the parties had, in fact, made substantial progress toward settlement, and that a draft settlement agreement was being circulated among Defendants, with the goal of forwarding that draft agreement to Plaintiff's counsel perhaps as early as today. Mr. Hughes welcomed the opportunity to review the draft agreement and suggested that the parties jointly request a two-week extension of the briefing schedule to facilitate continued settlement discussions. The undersigned recommended that the parties file a joint motion requesting such relief.

The Court further noted that, should the parties believe the undersigned's participation would assist in advancing settlement, they may request such relief from the Court. Mr. Hughes indicated that he will likely file the joint motion to extend the briefing schedule within the next 24 hours.

In San Juan, Puerto Rico, this 4th day of December 2025.

s/Marshal D. Morgan<br>
MARSHAL D. MORGAN<br>
United States Magistrate Judge

Conference began at 9:32AM
Conference ended at 9:56AM