THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOHN KRAMER,<br><br>    *Plaintiff,*<br><br>v.<br><br>MANGO LABS, LLC, DAFYDD DURAIRAJ, and TYLER SHIPE<br><br>    *Defendants*. | CIVIL No.: 24-1587-GMM-MDM<br><br>JURY TRIAL DEMANDED |

## MOTION REQUESTING 30-DAY STAY

TO THE HONORABLE COURT:

**COMES NOW** Plaintiff John Kramer, through the undersigned attorney, and very respectfully states and prays as follows:

1. On December 18, 2025, the parties executed a mutual settlement agreement and release, pursuant to which the parties agreed to, among other things, work together to dissolve the Mango DAO. When the parties executed the agreement, they anticipated that the intended project would take about 30 days to complete.

2. In light of the above, plaintiff respectfully requests the Court stay this case, for a period of 30 days, to allow the parties to comply with the terms of the agreement they have executed.

WHEREFORE, for the reasons stated above, plaintiff respectfully request that this Honorable Court stay this case for a period of 30 days, to expire on January 22, 2026.

I HEREBY CERTIFY that on this date I uploaded a pdf version of this document to the Court's CM/ECF system which will send notice of its filing electronically to all parties of record, through their attorneys of record.

In San Juan, Puerto Rico, this 23rd day of December, 2025.

            Respectfully submitted,

            **S/ FRANCISCO E. COLÓN-RAMÍREZ**
            Francisco E. Colón-Ramírez, Esq.
            Bar No.: 210510
            E-mail: fecolon@colonramirez.com

            **COLÓN RAMÍREZ LLC**
            PO Box 361920
            San Juan, PR 00936-1920
            Tel.: (888) 223-2364
            Fax: (787) 425-4731